IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DEBRA SHADWICK,

    Plaintiff,

CASE NO.: 3:17-CV-846-J-32PDB

-vs-

GINNY'S, INC. d/b/a HOME AT FIVE,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Debra Shadwick, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Zachary S. Foster 101 E. Kennedy Blvd., Suite 3400 Tampa FL 33602-5195 via Email on this 28th day of August, 2017.

        */s/ Amy Ferrera*
        Amy Ferrera, Esquire
        Morgan & Morgan, Tampa, P.A.
        One Tampa City Center
        201 N. Franklin Street, 7th Floor
        Tampa, FL 33602
        Tele: (813) 223-5505
        Fax: (813) 223-5402
        amferrera@forthepeople.co,
        afloyd@forthepeople.com
        Florida Bar #:15313
        Attorney for Plaintiff