IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DEBRA SHADWICK,

        Plaintiff,

-vs-                              CASE NO.: 3:17-CV-846-J-32PDB

GINNY'S, INC. d/b/a HOME AT FIVE,

        Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Debra Shadwick, and the Defendant, Ginny's, Inc., d/b/a Home at Five and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 24th day of October, 2017.

| | |
|---|---|
| *Amy Ferrera* | */s/ Zachary S. Foster* |
| Amy Ferrera, Esq. | Zachary S. Foster, Esq. |
| Morgan & Morgan, Tampa, P.A. | Quarles & Brady, LLP |
| One Tampa City Center | 101 E. Kennedy Blvd., Suite 3400 |
| Tampa, FL 33602 | Tampa, FL 33602-5195 |
| Tele: (813) 223-5505 | Tele: (813) 387-0300 |
| Fax: (813) 223-5402 | Fax: (813) 387-1800 |
| amferrera@forthepeople.com | zachary.foster@quarles.com; |
| afloyd@forthepeople.com | Petra.Madison@quarles.com |
| Florida Bar#: 15313 | Florida Bar#: 111980 |
| Attorney for Plaintiff | Attorney for Defendant |