# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

DEBRA SHADWICK,

    Plaintiff,

v.                          Case No. 3:17-cv-846-J-32PDB

GINNY'S INC.,

    Defendant.

---

## O R D E R

Upon review of the Joint Stipulation of Dismissal with Prejudice (Doc. 10), filed on October 24, 2017, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 26th day of October, 2017.

TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies:

Counsel of record